In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-26-00177-CV

IN RE JODI BUTTARAZZI-EL SHARIFF AND DAWN BUTTARAZZI

_____

**Original Proceeding**
**Probate Court No. 1 of Montgomery County, Texas**
**Trial Cause No. 25-34404**

_____

## MEMORANDUM OPINION

In this original proceeding, Relators Jodi Buttarazzi-El Shariff and Dawn Buttarazzi seek a writ of mandamus compelling the trial court (1) to rule on Buttarazzi-El Shariff's ADA Title II Request for Reasonable Modifications, (2) to reconsider Relators' motion to reinstate as supplemented, and (3) to clarify what claims remain live for trial.

We may issue a writ of mandamus to remedy a clear abuse of discretion by the trial court when the relator lacks an adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding);

1

*Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). "A trial court clearly abuses its discretion if it reaches a decision so arbitrary and unreasonable as to amount to a clear and prejudicial error of law." *Walker*, 827 S.W.2d at 839 (internal quotations omitted). A trial court also abuses its discretion if it fails to correctly analyze or apply the law, because a trial court has no discretion in determining what the law is or in applying the law to the facts. *See Prudential*, 148 S.W.3d at 135; *Walker*, 827 S.W.2d at 840.

We conclude that on this record the Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny the petition for a writ of mandamus and the motion for temporary relief. *See* Tex. R. App. P. 52.8(a); 52.10(a).

PETITION DENIED.

PER CURIAM

Submitted on May 5, 2026
Opinion Delivered May 7, 2026

Before Golemon, C.J., Johnson and Wright, JJ.